## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| v. * | |
| * | |
| **DARRIN JAMARK SOUTHALL,** * | |
|     aka DD, * | |
| **ERIC ALONZO WINDHAM,** * | |
|     aka DUMBO, * | |
| **RANDALE DEMORRIS HINTON,** * | |
|     aka RAN, aka BULL, * | **Criminal No. 21-00079-KD** |
| **LAWRENCE PAULTICE WILLIAMS,** * | |
|     aka PAT, aka PATEE, * | |
| **JASON RYAN McDUFFIE,** * | |
| **NATHANIEL DWAYNE HINES,** * | |
|     aka WEEZY, * | |
| **DERRIC SHERMAINE KITT,** * | |
|     aka TWIN, * | |
| **KENNETH JEROME DANIELS,** * | |
| **ALANDUS RESHUN DAVISON,** * | |
|     aka CAL, * | |
| **SHAMARTESS MONIQUE WHITSETT,** * | |
| **CHRISTIAN LEONTINE GLOVER,** * | |
| **BRENISHIA SHANTRESE** * | |
|     **BURROUGHS,** * | |
| **BRANDY LESHA THRASH,** * | |
| **TERRANCE SANTEZ MALIK** * | |
|     **WATKINS,** * | |
|     aka YSD CAP, * | |
| **JADARRIN LEMARE BARNES, and** * | |
| **WILLIE DEMARCUS OLIVER,** * | |

### Forfeiture Notice:  Second Bill of Particulars
### Criminal Forfeiture
### Title 21, United States Code, Section 853

The United States of America, by and through the United States Attorney, pursuant to Federal Rule of Criminal Procedure 32.2(a), alleges that the following specific property is subject to forfeiture on the basis of the allegations set forth in the

Forfeiture Notice of the Indictment in the above-styled criminal case:

    33.  One 2010 white Volkswagen Tiguan, VIN WVGAV7AX8AW510780; and

    34.  One 2011 Volkswagen Tiguan, VIN  WVGAV7AX9BW528562.

This Second Bill of Particulars supplements, and does not replace, the Forfeiture Notice included in the Indictment and the First Bill of Particulars previously filed herein. It does not limit the United States from seeking the forfeiture of additional specific property or limit the United States from seeking the imposition of a forfeiture money judgment.

                                  Respectfully Submitted,

                                  SEAN P. COSTELLO
                                UNITED STATES ATTORNEY

                  By:   */s/ Gloria A. Bedwell*
                          GLORIA A. BEDWELL
                          Assistant United States Attorney
                          United States Attorney's Office
                          63 South Royal Street, Suite 600
                          Mobile, AL 36602
                          Telephone (251) 441-5845

## CERTIFICATE OF SERVICE

    I hereby certify that on October 7, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                  */s/ Gloria A. Bedwell*
                                  Gloria A. Bedwell
                                  Assistant United States Attorney